In the Matter of the Accounting of THE LONG ISLAND LOAN AND TRUST COMPANY, as Substituted Trustee under the Will of STEPHEN GARRETSON, Deceased, Appellant.

LILLIE G. SLOAN, Respondent.

(Submitted October 3, 1904; decided October 11, 1904.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 520.)

---

ROBERT L. CUTTING et al., Appellants, *v.* THE BALTIMORE AND OHIO RAILROAD COMPANY et al., Respondents.

(Submitted October 3, 1904; decided October 11, 1904.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 552.)

---

CHATFIELD LEONARD, as Receiver of the Property of CURTIS A. BARNUM, Appellant, *v.* CARLTON B. PIERCE, Respondent, Impleaded with Others.

Reported below, 94 App. Div. 266.
(Argued October 3, 1904; decided October 11, 1904.)

MOTION to dismiss an appeal from a judgment entered June 4, 1904, upon an order of the Appellate Division of the Supreme Court, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

The motion was made upon the ground that the appeal was unauthorized.

*Carlton B. Pierce* for motion.

*Clarence L. Barber* opposed.

Motion denied, with ten dollars costs.